# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**FREDERICK LECLAIR**
**ADC # 114981**                                                                           **PLAINTIFFS**

**V.**                            **CASE NO. 1:08CV00034 SWW/BD**

**LINDA HUNT,** *et al.*                                                                  **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Complaint (docket entry #2) is dismissed, without prejudice, and Plaintiff's Application to Proceed *In Forma Pauperis* (#1) is DENIED as moot.

IT IS SO ORDERED, this 8th day of July, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE